HENRY T. ANDERSON v. ANDREW J. ZARING.

(Filed September 6, 1906.)

*Error from the District Court of Kay County; before Bayard T. Hainer, Trial Judge.*

*S. H. Harris,* for plaintiff in error.

*C. W. Ransom,* for defendant in error.

Opinion of the court by

PANCOAST, J.:  It is conceded by counsel for plaintiff in error that the questions here involved are identical with those presented in the case of *McCalla v. Acker,* reported in the 78 Pac., at page 223, 200 U. S. 613; and upon the authority of that case, the judgment of the court below in this case is affirmed.

Hainer, J., who presided in the court below, not sitting; all the other Justices concurring.